# EXHIBIT "D"

| Date | Debtor | Check No. | Transferee | Amounts Received by Transferee |
|---|---|---|---|---|
| **Four Year Transfers** | | | | |
| 08/22/2017 | Sports Psychometrics LLC | Wire/ACH | Deena Zymkowitz, Inc. | 20,000.00 |
| 08/23/2017 | Sports Psychometrics LLC | Wire/ACH | Deena Zymkowitz, Inc. | 20,000.00 |
| 11/29/2017 | Sports Psychometrics LLC | Wire/ACH | Deena Zymkowitz, Inc. | 20,000.00 |
| **Two Year Transfers** | | | | |
| 01/23/2018 | Sports Psychometrics LLC | Wire/ACH | Deena Zymkowitz, Inc. | 5,000.00 |
| 5/24/2018 | John F. Thomas | Wire/ACH | Deena Zymkowitz, Inc. | 10,000.00 |
| 8/13/2018 | ESA Ltd. | Wire/ACH | Deena Zymkowitz, Inc. | 5,000.00 |
| **Two Year Transfers SUBTOTAL** | | | | **20,000.00** |
| **Four Year Transfers Total** | | | | **80,000.00** |